MICHAEL BAILEY
United States Attorney
District of Arizona
JARED KREAMER HOPE
Assistant U.S. Attorney
State Bar No. 025575
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jared.kreamer.hope@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
____ RECEIVED ____ COPY

SEP 1 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States America, | CR-20-1449-TUC-SHR-LAB |
| | No. 20-mj-04867-N/A-LAB |
| Plaintiff, | |
| vs. | INFORMATION |
| Holly Beale, | VIO: 21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(3) |
| | (Importation of Fentanyl) |
| Defendant. | FELONY |

THE UNITED STATES ATTORNEY ALLEGES:

On or about August 21, 2020, at or near Nogales, in the District of Arizona, Holly Beale did knowingly and intentionally import into the United States from the Republic of Mexico a quantity of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

MICHAEL BAILEY
United States Attorney
District of Arizona

JARED KREAMER HOPE
Digitally signed by JARED KREAMER HOPE
Date: 2020.09.15 08:47:10 -07'00'

_____          _____
Date                         JARED KREAMER HOPE
                             Assistant U.S. Attorney